No. 406. CROUCH, PROBATE JUDGE *v.* SHIELDS, GUARDIAN. Ct. Civ. App. Tex., 5th Sup. Jud. Dist. Motion to strike portions of respondent's brief and motion to defer consideration of petition denied. Certiorari denied. Petitioner *pro se.* *Joseph P. Burt* for respondent.

No. 461. ARBER ET AL. *v.* AMERICAN AIRLINES, INC. C. A. 1st Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *David B. Kaplan* for petitioners.

No. 482. ECKEL *v.* BRENNER, COMMISSIONER OF PATENTS. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *William Douglas Sellers, George A. Brace* and *Munson H. Lane* for petitioner. *Solicitor General Marshall, Assistant Attorney General Douglas, Sherman L. Cohn* and *Jack H. Weiner* for respondent.

No. 480. FAWCETT, ADMINISTRATRIX *v.* MISSOURI PACIFIC RAILROAD Co. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *John A. Hickman* for petitioner. *William C. Dowdy, Jr.,* for respondent.

No. 213, Misc. BALL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *John Frank Dugger* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 421, Misc. SUMMERS *v.* WASHINGTON ET AL. Sup. Ct. Wash. Certiorari denied.